MICHELSON *v*. BOARD OF POLICE COMMISSIONERS OF CITY OF SAGINAW.

MUNICIPAL CORPORATIONS — POLICE OFFICERS — REMOVAL — REINSTATEMENT.

A board of police commissioners, authorized by charter to remove policemen in certain cases, will not be compelled to reinstate an officer improperly removed, if such officer is regularly dismissed before proceedings are taken for his reinstatement.

*Certiorari* to Saginaw; Kendrick, J.  Submitted November 10, 1896.  Decided February 18, 1897.

*Mandamus* by Hans A. Michelson to compel the board of police commissioners of the city of Saginaw to reinstate him as a member of the police force, and the common council of said city to audit and allow his claim for salary.  From an order denying the writ, relator brings *certiorari*.  Affirmed.

*A. H. Swarthout*, for relator.

*E. L. Beach (W. G. Gage*, of counsel), for respondents.

MONTGOMERY, J.   This case presents the same question as that involved in the case of *Wilkinson* v. *Common Council of City of Saginaw, ante,* 585, but the petition contains an additional prayer that the relator be reinstated as policeman.   He was removed in December, 1894, and apparently acquiesced in the action of the board, and removed from the State, and delayed nearly 15 months taking any action in the matter.   On the 12th of March, 1896, the petition in the present case was filed.   It appears, however, by the return of the police commissioners, that on the 8th of January, 1896, relator had been removed regularly, so that he is not entitled to be reinstated.   The other question involved is ruled by the case of *Wilkinson* v. *Common Council of City of Saginaw.*

The order of the circuit court will be affirmed.

The other Justices concurred.